FILED
CLERK U.S. DISTRICT COURT
JUL 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN ROSSMAN,<br><br>Plaintiff,<br><br>v.<br><br>FIRST UNUM LIFE INSURANCE COMPANY; VIACOM INC. LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No.: CV11-8972 SVW (VBKx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice, each party to bear their own costs, expenses and attorneys' fees.

DATED: 7/26/12

By: /s/ Stephen V. Wilson
Hon. Stephen V. Wilson
United States District Court Judge